IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

J.W., individually and on behalf
of her minor son, R.W.                                                              **PLAINTIFFS**

VS.                                                             CAUSE NO.: 2:09CV155-M-S

**DESOTO COUNTY SCHOOL DISTRICT,
UNNAMED DESOTO COUNTY SCHOOL
DISTRICT EMPLOYEE, in his individual
and official capacities; COACH JOHN
STEVENSON, in his individual and official
capacities, COACH KENNETH WALKER, in his
individual and official capacities, CITY OF
SOUTHAVEN, MISSISSIPPI, and SOUTHAVEN
POLICE SERGEANT NICHOLAS KENNEDY, in
his individual and official capacities**                                            **DEFENDANTS**

## ORDER

Pursuant to Rule 16.1(B)(4)(c), and based on Defendants' filing of a Motion to Dismiss (Docket Entry 17) based in part on the Qualified Immunity Defense, the Court hereby stays all proceedings in the above referenced matter, with the exception of any and all discovery relevant to Defendants' qualified immunity defense.

ACCORDINGLY, IT IS THEREFORE ORDERED AND ADJUDGED that all proceedings in the above referenced matter are hereby stayed until such time as Defendants' Motion to Dismiss based in part on the Qualified Immunity Defense has been adjudicated, with the exception of any and all discovery relevant to Defendants' qualified immunity defense.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE