IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

J.W. INDIVIDUALLY AND ON BEHALF
OF HER MINOR SON                                                                PLAINTIFFS

VS.                                                          CIVIL ACTION NO. 2:09-CV-155-M-S

DESOTO COUNTY SCHOOL DISTRICT,
UNNAMED DESOTO COUNTY SCHOOL
DISTRICT EMPLOYEE, in his individual and
official capacities, COACH JOHN STEVENSON,                    DEFENDANTS
in his individual and official capacities, COACH
KENNETH WALKER, in his individual and
official capacities, CITY OF SOUTHAVEN,
MISSISSIPPI, and SOUTHAVEN POLICE
SERGEANT NICHOLAS KENNEDY, in his
individual and official capacities

## ORDER

This case comes before the court pursuant to Rule 16.1(b)(3)(B) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi. The rule provides that

> Filing an immunity defense or jurisdictional defense motion
> stays the attorney conference and disclosure requirements
> and all discovery not related to the issue pending the court's
> ruling on the motion, including any appeal.

The above named defendants have filed a motion for summary judgment based on qualified immunity on March 17, 2010 (#31); therefore all proceedings unrelated to the issue of qualified immunity shall be stayed pending the court's ruling on the motion.

SO ORDERED, this the 18th day of March 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE