IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

J.W. INDIVIDUALLY AND ON BEHALF
OF HER MINOR SON                                                                              PLAINTIFFS

VS.                                                                CIVIL ACTION NO. 2:09-CV-155-M-S

DESOTO COUNTY SCHOOL DISTRICT,
UNNAMED DESOTO COUNTY SCHOOL
DISTRICT EMPLOYEE, in his individual and
official capacities, COACH JOHN STEVENSON,                                           DEFENDANTS
in his individual and official capacities, COACH
KENNETH WALKER, in his individual and
official capacities, CITY OF SOUTHAVEN,
MISSISSIPPI, and SOUTHAVEN POLICE
SERGEANT NICHOLAS KENNEDY, in his
individual and official capacities

## ORDER

As discussed in the status conference today, this case will be stayed in its entirety and discovery may proceed with regard to the issue of qualified immunity only.

As to the most recent motion for summary judgment (Doc. # 29), filed by defendants John Stevenson and Kenneth Walker, the time to respond will begin as of the date of this Order.

SO ORDERED, this the 26th day of March 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE