IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

Civil Minutes - General

Case No. 2:09CV155-MPM-DAS                                  Place Held Aberdeen

Style: J. W. vs. DeSOTO COUNTY SCHOOL DISTRICT, ET AL

Date & Time Begun 12/10/10, 10:30 am            Date & Time Ended 12/10/10, 11:30 am

Total Time   1 hr.

PRESENT:

Honorable    Jerry A. Davis   , Magistrate Judge

Deputy Clerk                                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS      ATTORNEYS PRESENT FOR DEFENDANTS

Bear Hailey Atwood                                Wendell H. Trapp, Jr.
Courtney Alyssa Bowie

PROCEEDINGS: Mediation

Docket Entry: Mediation held; case settled and may be zapped.

DAVID CREWS, CLERK

By: /s/Judy K. Jones
        Deputy Clerk